UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

FRANK CARL SMITH,

                  Petitioner,

      v.

WARDEN NICK BAIRD,

                  Respondent.

Case No. 1:26-cv-00124-REP

**INITIAL REVIEW ORDER and NOTICE OF INTENT TO DISMISS**

Petitioner Frank Carl Smith, an inmate in the custody of the Idaho Department of Correction, has filed a Petition for Writ of Habeas Corpus. *See* Dkt. 1. The Court must review each habeas corpus petition upon receipt to determine whether the petition is subject to summary dismissal pursuant to 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Cases ("Habeas Rules"). Summary dismissal is appropriate where "it plainly appears from the face of the petition and any attached exhibits that the petitioner is not entitled to relief in the district court." Habeas Rule 4.

Federal habeas corpus relief is available to prisoners who are held in custody under a state court judgment that violates the Constitution, laws, or treaties of the United States. *See* 28 U.S.C. § 2254(a). Habeas relief is not available for errors of

INITIAL REVIEW ORDER and NOTICE OF INTENT TO DISMISS - 1

state law. *Lewis v. Jeffers*, 497 U.S. 764, 780 (1990). Habeas claims alleging such state law violations are noncognizable, meaning they cannot be heard, in federal habeas proceedings.

The Petition appears to assert a single state law claim—that Petitioner's sentence is illegal under Idaho Criminal Rule 35 and Idaho Code §§ 18-309 and 19-2603. *Pet*. at 2. Petitioner cites no federal basis for this claim. Accordingly, the Petition appears subject to dismissal as noncognizable.

Moreover, Petitioner has not complied with Habeas Rule 2(d), which requires any habeas petition brought pursuant to 28 U.S.C. § 2254 to "substantially follow either the form appended to these rules or a form prescribed by a local district-court rule." The Petition is this case does neither.

The Court will grant Petitioner 28 days to file an amended petition that sets forth a federal basis for his claim and complies with Rule 2(d).

## ORDER

**IT IS ORDERED:**

1.    Within 28 days after entry of this Order, Petitioner must file an amended petition as set forth above.

2.    The Clerk of Court will provide Petitioner with this Court's form § 2254 petition, and Petitioner is encouraged and expected to use that form to draft any amended petition. If Petitioner does not file a timely

INITIAL REVIEW ORDER and NOTICE OF INTENT TO DISMISS - 2

amended petition, this case may be dismissed with prejudice and without further notice.

3.    Alternatively, Petitioner may file a Notice of Voluntary Dismissal if he no longer intends to pursue this case.

DATED:  June 16, 2026

Honorable Raymond E. Patricco
Chief U.S. Magistrate Judge

INITIAL REVIEW ORDER and NOTICE OF INTENT TO DISMISS - 3